# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:24-CR-00015 |
| v. | (Chief Judge Brann) |
| MAX VANCE<br>a/k/a ANDRE J. BURK,<br><br>Defendant. | |

## ORDER

**AND NOW**, this 5th day of February 2025, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **February 7, 2025, at 1:00 p.m.**

2. Counsel for the Government shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge