# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:24-CR-00015 |
| | (Chief Judge Brann) |
| v. | |
| MAX VANCE<br>a/k/a ANDRE J. BURK, | |
| Defendant. | |

## ORDER

**AND NOW**, this 28th day of February 2025, by clear and convincing evidence, the Court finds that no condition or combination of conditions will reasonably assure the Defendant's appearance in Court, **IT IS HEREBY ORDERED** that:

1. The Defendant Max Vance a/k/a Andre J. Burk is remanded to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. An order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

2. In detention, Max Vance a/k/a Andre J. Burk shall be afforded reasonable opportunity for private consultation with counsel.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge