U.S. District Court
Middle District of Pennsylvania

U.S. v. Max Vance | Case no. 4:24-CR-00015

Motion to dismiss without prejudice ("Motion to transfer for trial pursuant to federal rule of criminal procedure 21") or, in the alternative, Motion to deny without prejudice ("Motion to transfer for trial pursuant to federal rule of criminal procedure 21")

The incarceration has been implemented in a manner that is incredibly prejudicial to the defense. It also affords unethical advantages to the antagonist. My access to information necessary to properly and comprehensively brief a motion for a transfer of venue is being blocked. The process of determining whether there is a remedy to fix the information blocking problem is slower than anticipated. I am not currently aware of a completion date for the process. I am requesting something akin to a cancellation or dismissal of the change of venue rule 21 motion so that I can refile the motion after

page 1 of 2

the process of determining whether or not there is a fix for the aforementioned problem has been completed.

Max Vance
Prison
277 W. Third Street
Williamsport, pa 17701



Inmate Name: Max Vance
Inmate#: 0530296
Lycoming Prison
277 W. Third Street
Williamsport, 17701

Clerk of the Court
United States District Court
240 West Third Street
Williamsport, PA 17701

Legal Mail

HARRISBURG PA 171
2 AUG 2025 PM 3 L

RECEIVED
WILLIAMSPORT
AUG 04 2025
PER _____ NR
DEPUTY CLERK

17701-646099

[Reverse side of envelope, faintly visible through paper:]

Clerk of the Court
United States District Court
240 West Third Street
Williamsport, PA 17701