U.S. District Court
Middle District of Pensylvania
U.S. v. Max Vance | Case number
| 4:24-CR-00015

FILED
WILLIAMSPORT
AUG 04 2025
PER NR
DEPUTY CLERK
8/1/25

Motion to continue jury selection and trial and to extend the time to file pretrial motions and briefs

I respectfully ask this honorable court to continue jury selection and trial and to extend the time to file pretrial motions and briefs. On 1/30/2024, I was charged with a violation of 18 U.S.C. 1030 (a)(2)(C) and (c)(2)(B)(iii). On 3/7/2024 I pleaded not guilty before Judge Joseph F. Saporito. The defense is working to create the conditions that are most favorable to the revelation and reception of the greatest amount of the truth that is relevant to this case. Also, there are pending pretrial motions.

For the stated reasons I am requesting an extension of (90) days within which to file pretrial motions and briefs.

In addition, I seek a continuance of

Page 1 of 2

the jury selection and trial of not less than 90 days.

I aver that the ends of justice are best served by granting of a continuance.

the delay occasioned by this motion is excludable pursuant to 18 U.S.C. 3161 (h)(7)(A).

Max Vance
prisar
277 w third st
williamsport, 17701

Page 2 of 2



Clerk of the Court
United States District Court
240 West Third Street
Williamsport, PA 17701

Case 4:24-cr-00015-MWB   Document 75   Filed 08/04/25   Page 4 of 4