United States District Court
Middle District of Pennsylvania

U.S. v. Max Vance | Number 4:24-CR-00015

FILED WILLIAMSPORT SEP 08 2025 PER NR DEPUTY CLERK

Emergency Motion for an Evidentiary hearing for ("second Emergency motion for Temporary Release pursuant to 18 U.S.C. 3142(i)") or in the alternative, Motion for leave or permission to file a Supplemental brief in support of ("second Emergency motion for Temporary Release")

Due to the extremely sensitive and personal nature of the information that is being proffered for the associated second temporary release motion, which includes information that could make me a target for retaliation in prison from officials and others, the forum that will provide the most beneficial and efficacious environment for the comprehensive and compelling proffering of information related to the associated motion is an evidentiary hearing. For this reason I am requesting an evidentiary hearing for my "second motion for temporary release."
Alternatively, if the request for an evidentiary hearing is denied, I am requesting permission or leave to file a supplemental brief in support of my second motion for Temporary release.

Page 1 of 2

second motion for temporary release.

Date 9/2/2025
Max Vance

Page 2 of 2

