-d States District Court
-dle District of Pennsylvania

U.S. v. Max Vance | Number
| 4:24-CR-00015

Brief in support of Motion for an Evidentiary hearing for ("Second Emergency motion for Temporary Release pursuant to 18 U.S.C. 3142 (i)"), or in the alternative, Motion for leave or permission to file a supplemental brief in support of ("Second Emergency motion for Temporary release pursuant to 18 U.S.C. 3142 (i)")

The topics covered in my "second motion for Temporary release" and its brief in support, are incredibly sensitive in nature and have a propensity to lead to retaliation in prisons from officials and others. The "Second motion for temporary release" and its supporting brief are expected to be filed on 9/2/2025 or September 3, 2025. I am requesting an evidentiary hearing to more readily and easily proffer on these and other related sensitive topics. If the request/motion for an evidentiary hearing is denied I am requesting leave or permission to file a supplemental & supporting brief

Page 1 of 2

for my "Second Emergency motion for temporary release" as an alternative to an evidentiary hearing, where I would further expand on these sensitive topics in the supplemental brief.

September 2, 2025
Max Vance

Page 2 of 2