

Max Vance Exhibit A

# Request for Sick Call - #21,306,158

| | | | |
|---|---|---|---|
| From: | MAX VANCE (100009247) | Date Submitted: | 09/20/2024 1:34 PM |
| Housing Area: | H-POD | Date Received: | 09/20/2024 1:36 PM |
| Assigned To: | Medical | Status: | **ACKNOWLEDGED** |

### Request

Good afternoon
I have a family history of colon cancer, occasional abdominal pain, and I'll be 45 in less than 1 month. Please schedule me for a colonoscopy.

### Note by M. Bauman on 09/21/2024 at 1:09 PM

Seen via nurse sick call on 9/21

### Response

This request has NOT been responded to as of this printing.

Exhibit B

# 2    Max Vance

| 1004159 | Telephone / Verbal Order Form (Medical) | Current Allergies: | NKDA | Kelley, Nicole | 10-14-2024 3:57 pm |
|---|---|---|---|---|---|
| 1004159 | Telephone / Verbal Order Form (Medical) | Reason provider called: | daily vit request | Kelley, Nicole | 10-14-2024 3:57 pm |
| 1004159 | Telephone / Verbal Order Form (Medical) | Orders Received | Multi vit QD | Kelley, Nicole | 10-14-2024 3:57 pm |
| 1004159 | Telephone / Verbal Order Form (Medical) | Length of order | 90 days | Kelley, Nicole | 10-14-2024 3:57 pm |
| 1004159 | Telephone / Verbal Order Form (Medical) | Provider giving the orders: | Kevin Scott | Kelley, Nicole | 10-14-2024 3:57 pm |
| 1004159 | Telephone / Verbal Order Form (Medical) | Current Allergies: | NKDA | Detterline, Chelsea | 10-16-2024 1:53 pm |
| 1004159 | Telephone / Verbal Order Form (Medical) | Reason provider called: | Requesting calcium supplement to take with MVI due to being lactose intolerant. | Detterline, Chelsea | 10-16-2024 1:53 pm |
| 1004159 | Telephone / Verbal Order Form (Medical) | Orders Received | Tums 2 tabs PO BID PRN X 90 days | Detterline, Chelsea | 10-16-2024 1:53 pm |
| 1004159 | Telephone / Verbal Order Form (Medical) | Length of order | See above | Detterline, Chelsea | 10-16-2024 1:53 pm |
| 1004159 | Telephone / Verbal Order Form (Medical) | Provider giving the orders: | Scott | Detterline, Chelsea | 10-16-2024 1:53 pm |
| 1004159 | Telephone / Verbal Order Form (Medical) | Follow up | as needed | Detterline, Chelsea | 10-16-2024 1:53 pm |

## Education Forms

(No Records)

## Custom Flows

| Booking Number | Form Name | Form Item | Item Response | Interviewer | Interview Date |
|---|---|---|---|---|---|
| 1004159 | Fecal Occult Blood Test (FOBT) | Sample collection date | 09/27/2024 | Beck, Mercedes | 09-27-2024 2:11 pm |
| 1004159 | Fecal Occult Blood Test (FOBT) | Order of sample gathered | Other (Specify in notes) | Beck, Mercedes | 09-27-2024 2:11 pm |
| 1004159 | Fecal Occult Blood Test (FOBT) | Results | Positive | Beck, Mercedes | 09-27-2024 2:11 pm |

Exhibit D

## LYCOMING COUNTY PRISON
### RESIDENT REQUEST SLIP
(Note: One slip per request)

DATE: 8-11-202"  BLOCK/CELL#: N-32
FROM: Max Vance
8-11-2025
(Print your name clearly.)

TO:

- [ ] Adult Probation Office
- [ ] Bail Release Program
  - [ ] Harry Rogers
  - [ ] Olivia Fisher
  - [ ] Zeb Eshleman
  - [ ] Brittany Hardy
  - [ ] Adam Welteroth
  - [ ] Caleb Blank
- [ ] Chaplain
- [ ] Commissary Officer
- [ ] Counselors
  - [ ] Brad Baysore
  - [ ] Rhonda Ulrich
  - [ ] Jordan Baker
  - [ ] Mike Weymer
- [ ] Deputy Warden Barnes
- [ ] Deputy Warden Ebner

- [ ] Intake/Property Manager
- [ ] Library (Regular)
- [ ] Law Library
- [ ] Maintenance
- [ ] Nurse
- [ ] Notary
- [ ] Public Defender
- [ ] Secretary
- [x] Supervisor (Shift (1), 2, 3)
- [ ] Teacher/Education
- [ ] Visiting List
- [ ] Warden Shoemaker

REQUEST: (Must be printed clearly, explain request.)

Are C.O.'s allowed to perform a search of a prisoner's cell and property while the prisoner is in the shower, off the block or otherwise unable to view the search ????

RESPONSE: (Do not write below this line – use back)

Yes, inmates are not required to be present during a search.

## WORK DETAILS
There are certain jobs that have to be done in the prison daily. These jobs are assigned to inmates by prison staff and the pay rate is 30 cents hourly. Sentenced inmates can be required to work and failure to do so is a disciplinary infraction. The work details assigned on a permanent basis that receive compensation are: Block Runner, Food Service Worker, Laundry Workers, Cleaners, Outside Work Crew, Groundskeeper, and Maintenance Helper.

## LAUNDRY
All clothing, towels, etc., will be laundered according to schedule. All pillow cases, towels must be turned in on assigned days. Each cell will have a laundry bag to send out clothing. A schedule is attached. If there is a problem with your laundry send a note to the shift supervisor. Do not send a note to the laundry worker(s) as this is an unauthorized contact.

## LIBRARY
See schedule for hours. The library contains a wide variety of books and paperbacks for inmate reading. There are some things to remember when using the inmate library:

1. You have a scheduled time to spend in the library when your housing block is scheduled.
2. Reference books are to be used in the library and are not for circulation. Law books must stay in the library.
3. This library is for inmate use. We ask your cooperation in not destroying the books and not writing in these books.
4. Any inmate who defaces a book or destroys it in any way will receive a disciplinary incident report. Payment for these damages and restricted library use are the consequences.
5. Any inmate in SMU, Security, Medical and Administration Lock-up will not be afforded regular library privileges. Disciplinary Lock-ups will be provided books by prison staff as long as they take proper care of the books.
6. Do not give your library book to another inmate. It is your responsibility to make sure it returns to the library in good condition.
7. Inmates are not permitted to sign out library books for other inmates who are ill, out to court or involved in another activity.

No more than three (3) books may be signed out at one time. Each inmate will sign out books on a library sheet. All books must be returned or renewed after one week. You are permitted magazines or newspapers by _subscription_ (mail). Books will not be permitted to be brought in by inmate families. (See the section on packages for books relatives or friends may purchase.)

## PHOTOCOPIES
Photocopying will be available only for legal materials and/or papers to be filed with a court. Requests are to be sent to the secretary along with the papers you want photocopied. Your request must specify the number of copies requested. There will be a charge of 10 cents per side per copy which will be deducted from your inmate account. Photocopies will not be provided if you do not have sufficient funds in your inmate account unless you are representing yourself in your criminal case. All documents submitted for photocopying may be inspected and/or read by any prison staff for safety and security, potential copyright violation, or violations of prison policy.

## LAW LIBRARY
All law books, materials, and law library equipment must be used in the library. Inmates who are disruptive and pose a threat to the orderly operation of the prison will not be permitted to use the law library. Inmates in segregation are not permitted law library access unless justifiable circumstances exist. Usage of the computer is authorized for Law Library (Lexis Nexis) only. Any unauthorized use of the computer may be punishable by a crime per the Pennsylvania Crimes Code. Inmates are not permitted to save and/or store any documents on the law library computer.

## LEGAL AID
Susquehanna Legal Services is for those people who need the services of an attorney in a civil matter but do not have the money to do so. Susquehanna Legal Services is at 329 Market Street, Williamsport, PA 17701.

## LAWYERS
If you cannot afford a lawyer in a criminal case, you may make an application to the Public Defender's Office. Notes to Public Defenders will be routed via the County Inter-office Mail System. These notes are _not_ to be considered confidential. Paralegal staff of the Public Defender's Office visit the prison prior to scheduled hearings. The prison will not mail any notes to private attorneys; you must use the U.S. Postal System for this purpose.