United States District Court
Middle District of Pennsylvania

U.S. v. Max Vance | Case Number: 4:24-CR-00015

FILED
WILLIAMSPORT
OCT 23 2025
PER NR
DEPUTY CLERK

Emergency Motion to deem my ("Second Emergency Motion for Temporary release pursuant to 18 U.S.C. 3142(i)") as unopposed pursuant to M.D. Pa. LR 7.6

I am requesting that my "Second Emergency motion for Temporary Release pursuant to 18 U.S.C. 3142(i)" be deemed unopposed, be adjudicated with that designation, and any opposition brief is stricken or denied as untimely. An opposition brief or request for an extension was not filed in compliance with Middle District Pennsylvania LR 7.6.

Max Vance

Page 1 of 1

Inmate Name: Vance, Max
Inmate #: 05-30796
Lycoming County Prison
277 W Third Street
Williamsport 17701

Clerk of the Court
United States District Court
240 West Third Street
Williamsport, PA 17701

Legal Mail



RECEIVED
WILLIAMSPORT
OCT 23 2025
PER NR
DEPUTY CLERK

US POSTAGE PITNEY BOWES
FIRST-CLASS NONAUTO PRSRT LTR
ZIP 17701  $000.68
02 7W
0008035555 OCT. 18. 2025

ISJGRMP 17701