FILED
WILLIAMSPORT
OCT 27 2025
PER _____CAW_____
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania

U.S. v. Max Vance | Case Number 4:24-CR-00015

Brief in Support of Motion to Withdraw, Strike, or deny "Motion to Request Briefing Schedule for "Second emergency motion for temporary release"")

On 1-30-2024 I was indicted in the Middle District of Pennsylvania. The indictment contains 1 count alleging that I violated 18 U.S.C. 1030 (a)(2)(C) and (c)(2)(B)(iii). On 3-7-2024 I appeared before Magistrate Judge Joseph F. Saporito and pleaded not guilty.

Please withdraw or Deny or Strike the motion I filed for a briefing schedule, document 87 on 10/14/2025.

Max Vance

Page 1 of 1