Dear Chief Judge Brann,

I received a judicial order that was filed on 8/26/2025 stating that a date for a status conference would be provided on a separate order. I am contacting you to find out if a date for the status conference has been set.

FILED
WILLIAMSPORT

OCT 27 2025

PER _____
DEPUTY CLERK

Thank you
Sincerely
Max Vance

Page 1 of 1

Important Legal Mail

Inmate Name ~~Kase Oak~~ and

Inmate # 11396

Lycoming County Prison
277 West Fourth Street
Williamsport, PA 17701

RECEIVED
WILLIAMSPORT, PA
OCT 27 2025

Judge Brann (confidential Legal mail)
U.S. District Court
240 West Third Street
Williamsport, PA 17701



FIRST-CLASS
NONAUTO
PRSRT LTR



US POSTAGE — PITNEY BOWES
ZIP 17701
02 7W
0008035555 OCT. 15. 2025
$000.68⁸

Important Legal Mail