# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-CR-00015 |
| v. | (Chief Judge Brann) |
| MAX VANCE, | |
| Defendant. | |

## ORDER

### OCTOBER 31, 2025

Currently pending before the Court are multiple *pro se* motions submitted by Max Vance. Vance seeks temporary release from custody pursuant to 18 U.S.C. § 3142(i)[1]—his second such motion filed in this case—and an evidentiary hearing related to the second motion for release from custody.[2] He has also filed a motion to deem his second motion for release unopposed,[3] as well as a motion for a briefing schedule and subsequent motion to withdraw the motion for a briefing schedule.[4]

As to the motion for release, this Court previously addressed a motion filed by Vance that alleged substantially the same facts and issues.[5] Nothing presented in Vance's second motion alters that prior determination and, therefore, for the reasons set forth in the Court's August 26, 2025 Order, Vance's second motion for temporary

---

[1] Doc. 81.
[2] Doc. 83.
[3] Doc. 88.
[4] Docs. 87, 89.
[5] Doc. 80.

release will be denied.[6] His motion for an evidentiary hearing will be denied as unnecessary, and the motion to deem his motion for release as unopposed will also be denied. The motion to withdraw Vance's motion for a briefing schedule will be granted.

Consequently, **IT IS HEREBY ORDERED** that:

1. Vance's second motion for temporary release and for an evidentiary hearing related to that motion (Docs. 81, 83) are **DENIED**;

2. Vance's motion to deem unopposed his second motion for release (Doc. 88) is **DENIED**;

3. Vance's motion to withdraw his pending motion for a briefing schedule (Doc. 89) is **GRANTED**; and

4. Vance's motion to set a briefing schedule (Doc. 87) is deemed **WITHDRAWN**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[6] Doc. 80 at 1-5.