U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case number 4:24-CR-00015

Motion for an Extension of time to file a motion for reconsideration of the ~~~~ "Second emergency motion for Temporary Release pursuant to 18 U.S.C. 3142(i)"

This is a motion requesting a time extension to file a motion to reconsider my "second emergency motion for Temporary Release". I am requesting to extend the time to file a motion to reconsider my motion to reconsider ~~~~ the aforementioned motion to 12-19-2025.

Max Vance

Page 1 of 1

Inmate Name: Max Vance
Inmate# 05-30796
Lycoming County Prison
~~277 w. Third Str,~~
Williamsport, 17701

HARRISBURG PA 171
12 NOV 2025 AM 2 L

RECEIVED
WILLIAMSPORT
NOV 13 2025
PER NR
DEPUTY CLERK

Clerk of the Court
U.S. District Court
240 west Third street
Williamsport, PA 17701

17701-643899

Legal Mail
Legal Mail