FILED
WILLIAMSPORT

NOV 13 2025

PER____NR____
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case number 4:24-CR-00015

Brief in support of Motion for an extension of time to file a motion to reconsider my "second emergency motion for temporary release pursuant to 18 U.S.C. 3142(i)"

On 1-30-2024 I was indicted in the Middle District of Pennsylvania on 1 count, 18 U.S.C. 1030(a)(2)(C) and (c)(2)(B)(iii). On 3-7-2024 I appeared before Magistrate Judge Saporito and pleaded Not guilty.

I require additional time to file a motion to reconsider. I respectfully request that the deadline be extended to 12-19-2025.

Max Vance

Page 1 of 1