# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:24-CR-00015 |
| | (Chief Judge Brann) |
| v. | |
| MAX VANCE<br>a/k/a ANDRE J. BURK, | |
| Defendant. | |

## ORDER

**AND NOW**, this 13th day of November 2025, **IT IS HEREBY ORDERED** that status conference scheduled for November 17, 2025 is **RESCHEDULED** for **November 25, 2025, at 11:00 a.m.** in Courtroom No. 1, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania 17701.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge