U.S. District Court
Middle District of Penns
U.S. v. Max Vance | Case number 4:24-CR-00015

Brief in support of motion to suppress all evidence obtained during the execution of the January, 2024 search warrant

[1] During the final pre-dawn hour of January 18th, 2024 a search warrant was executed by the fbi, in a quaint unincorporated community named Rancho San Diego, in San Diego County, California.

[2] In the third circuit it is well established that "the Fourth Amendment seeks to prevent general warrants by requiring all warrants to contain 'particular description' of the things to be seized. The particularity requirement 'makes general searches... impossible'". Did the search that was executed exceed the scope of what was allowed by the search warrant and became a prohibited general search? (U.S. v. Christine 687 F.2d 749, 753 (3d Cir 1982))

[3]