UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No.  4:24-CR-00015 |
| v. | : |
| | : (Chief Judge Brann) |
| MAX VANCE, | : |
| Defendant | : Filed Electronically |
| | : |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

The United States of America, by and through undersigned counsel, respectfully moves this Court for an extension of time to file its response in this matter. In support thereof, the United States avers the following:

1. On November 14, 2025, Defendant filed a motion and brief in support to suppress evidence obtained during the execution of a January 2024 search warrant. (Docs. 99 and 100).

2. The Government is required to file its response on or before November 28, 2025.

3. At this juncture, counsel for the Government respectfully requests an additional thirty (30) days to respond to Defendant's motion due to recent trial schedules and the upcoming holidays.

4. As the Defendant is representing himself pro-se in this matter, the Government is unable to seek his concurrence in this motion in a timely fashion and therefore assumes that the Defendant does not concur in the Government's request for an extension.

WHEREFORE, the Government respectfully requests an extension of time of thirty (30) days from November 28, 2025, to file its response to Defendant's motion to suppress evidence.

                                      Respectfully submitted,

                                      BRIAN D. MILLER
                                      United States Attorney

Date: November 26, 2025        /s/ Kyle A. Moreno
                                      KYLE A. MORENO
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      235 N. Washington Avenue, Ste 311
                                      Scranton, PA 18503

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No.   4:24-CR-00015 |
| v. : | |
| : | (Chief Judge Brann) |
| MAX VANCE, : | |
|        Defendant : | Filed Electronically |
| : | |

## CERTIFICATE OF NON-CONCURRENCE

The undersigned hereby certifies that Defendant is representing himself pro-se in this matter and the Government is unable to seek his concurrence in this motion in a timely fashion. Therefore, the Government assumes that the Defendant does not concur in this request for an extension.

Date: November 26, 2025         /s/ Kyle A. Moreno
                                KYLE A. MORENO
                                Assistant U.S. Attorney
                                United States Attorney's Office
                                235 N. Washington Avenue, Ste 311
                                Scranton, PA 18503

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No.   4:24-CR-00015 |
| v. : | |
| : | (Chief Judge Brann) |
| MAX VANCE, : | |
| Defendant : | Filed Electronically |
| : | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on November 26, 2025, she served a copy of the attached:

MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

by First Class U.S. Mail notification:

Max Vance
Reg No. 0530796
Lycoming County Prison
277 West Third Street
Williamsport, PA 17701

/s/ Christina M. Nihen
CHRISTINA M. NIHEN
Legal Administrative Specialist

4