FILED
WILLIAMSPORT
NOV 26 2025
PER ___ NR
DEPUTY CLERK

U.S. District Court
Middle District of Pensylvania
U.S. v. Max Vance | Case Number
4:24-CR-00015

Brief in Support of Motion to have all of my property that was seized while executing a search warrant in the Southern District of California Returned pursuant to Rule 41(g)

## Procedural History

On 1-30-2024 I was indicted in the Middle District of Pensylvania. The Indictment icludes 1 count, alleging a violation of 18 U.S.C. 1030(a)(2)(C). On 3-7-2024 I plead not guilty in the Middle District of Pensylvania.

## Factual History

On 1-18-2025 searches warrants were executed and my property was confiscated by government agents.

The search warrant states that my property is to be returned after 90 days. It has

Inmate Name: Max Vance
Inmate#: O5-30746
Lycoming County Prison
277 West Third Street
Williamsport, 17701

Legal Mail

Clerk of the Court
U.S. District Court
240 West Third Street
Williamsport, PA 17701

HARRISBURG PA 171
25 NOV 2025 AM 2 L

RECEIVED
WILLIAMSPORT
NOV 26 2025
PER NR
DEPUTY CLERK

Legal Mail

17701-643859