UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 4:24-CR-00015 |
| v. | : |
| | : (Chief Judge Brann) |
| MAX VANCE, | : |
|     Defendant | : Filed Electronically |
| | : |

# ORDER

**AND NOW**, this 1st day of December 2025, upon consideration of the Government's motion for extension of time in which to respond to Defendant's motion to suppress evidence, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Government's response is due on or before December 29, 2025.

BY THE COURT:

*s/ Matthew W. Brann*
_____
MATTHEW W. BRANN
Chief United States District Judge