## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No.   4:24-CR-00015 |
| v. | : | |
| | : | (Chief Judge Brann) |
| MAX VANCE, | : | |
| Defendant | : | Filed Electronically |
| | : | |

## ORDER

AND NOW, this 11th day of December 2025, upon consideration of the Government's motion for extension of time in which to respond to Defendant's miscellaneous motion to return property and motion to transfer for trial, **IT IS HEREBY ORDERED**  that the motion is **GRANTED**.  The Government's response is due on or before December 24, 2025.

BY THE COURT:

*s/ Matthew W. Brann*
_____
MATTHEW W. BRANN
Chief United States District Judge