U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number 4:24-CR-00015

Motion to unseal Document 105, Document 106, and all sealed Motions and Briefs and exhibits associated with my "Motion to transfer for trial pursuant to Rule 21"

After careful consideration and a conference call I have concluded that there is no information in my "motion to transfer for trial pursuant to Rule 21" or its associated brief and other documents that is inappropriate for public view. I am requesting that the aforementioned motion and any sealed associated documents be unsealed.

Max Vance

page 1 of 1

Inmate Name: Mar Vance
Inmate#: 06-30796
Lycoming County Prison
277 W Thirds
Williamsport, PA 17701

Confidential Legal Mail

Clerk of the Court
U.S. District Court
240 West Third Street
Williamsport, PA 17701

HARRISBURG PA 171
11 DEC 2025 PM 1 L

RECEIVED
WILLIAMSPORT
DEC 15 2025
PER ЁА
DEPUTY CLERK

Confidential Legal Mail