FILED
WILLIAMSPORT
DEC 15 2025
PER ____EA____
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v Max Vance / Case Number 4:24-CR-00015

Brief in support of Motion to unseal Document 105, Document 106, and all sealed Motions and briefs and exhibits associated with my "Motion to transfer for trial pursuant to Rule 21"

## Procedural History

On 1-30-2024 I was indicted in the M.D.PA. On 3-7-2024 I pleaded not guilty to the 1 count on the indictment. The indictment lists a CFAA violation, 1030(a)(2)(C) and (C)(2)(B)(iii).

After careful consideration I have concluded that there is no information in my "motion to transfer for trial pursuant to Rule 21" or its associated brief and other documents that is inappropriate for public view. I am requesting that the aforementioned motion and any sealed associated documents be unsealed.

Max Vance

Page 1 of 1