Request

Case # 4:24-CR-00015

Dear Clerk,

Please send me a copy of Document 105 and Document 106. These documents are the Motion to transfer for trial and it's ~~so~~ Brief in support.

If there is another process ~~to that~~ that is required to have these documents sent to me please let me know

I am requesting these documents be sent to me because ~~ect~~ I have been informed that ecf and pacer are not allowing accessing to a third party.

Thank you
Sincerely
May Vance
Lycoming County Prison
275 west Third street
~~Ly cost~~ Williamsport PA

page 1 of 1