**FILED**
**WILLIAMSPORT**

DEC 22 2025

PER _____ EA _____
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case number
4:24-CR-00015

Brief in Support of Motion for Court order
requiring prison officials and/or U.S. Marshals
to allow me to use the Internet for the purpose
of researching expert witnesses, vetting expert
witnesses, and vetting the methodology used
to find expert witnesses

## Procedural History

On 1-30-2024 I was indicted in a 1 count
indictment, alleging a violation of a CFAA
statute in U.S.C. 18 1030. On 3-7-2024 I
pleaded not guilty.

## Introduction

My involvement in the selection of an expert witness
would be most beneficial to my defense preparations
and the effectuation of justice. As stated in the
associated motion resources at stand-by Counsel's
office are strained and my involvement in the
selection of expert witnesses for this CFAA
case would be incredibly helpful.

FILED
WILLIAMSPORT

SEP 22 20__

There are instances where pretrial prisoners have been granted Internet access by federal Courts to perform necessary tasks. (see in re Patasnik)

To determine whether or not a complete prohibition on internet access is an excessive restriction on the 1st amendment when applied to me I will implement the ~~the~~ Turner test.

In a general sense a prohibition on access ~~is~~ to the internet in prison has been justified for various security purposes suchas, reducing the risk, of an escape, the introduction of Contraband, and organized violence. I don't pose or present these risks to a prison. I've never been involved in the transportation or possession of Contraband. ~~It was~~ If convicted I would not face enough prison time to justify an escape. I don't have a history of violence.

Due to the intense nature of the research and the strained resources at the legal office there are no practical alternatives to providing me with internet access.

There would be no meaningful impact on the prison, its resources, or other inmates. Any impact would be negligible.

The alternatives that would accomodate ~~my~~ my first amendment right at a negligible cost to the prison would be to provide me with access to a computer that does not allow software to be installed and the blocks post requests. This combination would block ~~me~~ me from logging into websites that would allow communication. Web apps that facilitate communication require post requests or the installation of software. ~~The~~ The research can primarily be performed with get requests.

Another alternative is to allow me to use the internet while personnel from the Williamsport federal public Defenders office watches what I am doing. This can all be done at minimal cost to prison or to U.S. Marshals.

Max Vance