FILED
WILLIAMSPORT
12/29/25 NR
DEC 29 2025
PER  NR
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case number 4:24-CR-00015

Motion for leave to file a Supplemental Brief in support of my Motion to transfer for Trial pursuant to Rule 21

I am requesting leave to file a supplemental brief to expand on topics introduced in my brief in support (Doc 106). The purpose of this expansion is to highlight emerging issues that will directly impact whether or not a fair trial is possible.

Max Vance

page 1 of 1

Inmate Name & Number Max Vance 05-20296
Lycoming County Prison
~~277 w thrid str.~~
Williamsport, 17701


HARRISBURG PA 171
27 DEC 2025 PM 1 L



Legal mail

Clerk of the Court
United states District Court
240 west Third str.
Williamsport, pa 17701

RECEIVED
WILLIAMSPORT
DEC 29 2025
PER NR
DEPUTY CLERK

17701-643899