12/29/25
NR

FILED
WILLIAMSPORT

DEC 29 2025

PER ___NR___
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
4:24-CR-00015

Brief in Support of My Motion for Leave to file a supplemental Brief in support of my Motion to transfer for Trial pursuant to Rule 21

## Procedural History

On 1-30-2024 I was indicted in the M.D.PA
On 3-7-2024 I pleaded not guilty to the 1 count on the indictment. The indictment lists a CFAA violation, 1030 (a)(2)(C) and (c)(2)(B)(iii).

## Factual History

On 11-26-2025 my "brief in support of Motion to transfer for trial pursuant to federal rule of criminal procedure 21" was filed. (doc 106)

## Introduction

I am requesting leave to file a supplemental brief to expand on topics introduced in my brief in support (doc 106). The purpose of this expansion is to highlight emerging issues that

page 1 of 2

will directly impact whether or not a fair trial is feasible or possible.

Max Vance