U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case number 4:24-CR-00015

Motion for extension of time to respond to doj's brief in opposition to motion to transfer for trial

1. I am respectfully requesting an extension of time to file a reply to the doj's brief in opposition to my motion to transfer for trial.

2. On 12-22-2025 doj attorney Moreno filed a brief in opposition to my motion to transfer for trial. I believe my Reply is due on 1-5-2026.

3. I am respectfully requesting an additional 30 days to file a Reply due to extreme restrictions on my 1st amendment rights that have made it difficult if not impossible to access information that I need for legal defense preparations.

Max Vance

page 1 of 1

te Name & Number Max Vance 05-30796
ming County Prison
~~DATE~~ 277 w Third st.
~~████████~~ Williamsport, 17701

HARRISBURG PA 171

31 DEC 2025 PM 4 L



RECEIVED
WILLIAMSPORT

JAN 02 2026

EA
DEPUTY CLERK

Clerk of the ~~Clerk~~
Clerk of the Court
United States District Court
240 west Third street
Williamsport, PA 17701

17701-643699

Confidential Legal Mail