FILED
WILLIAMSPORT
JAN 02 2026
PER _EA_
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
4:24-CR-00015

Brief in support of Emergency motion to update the docket

## Procedural history

On 1-30-2024 I was indicted on a 1 count indictment. On 3-7-2025 I pled not guilty.

## Factual History

On 11-26-2025 I mailed an envelope addressed to the clerk of the court. The envelope contained a cover letter (doc 105-2), Motion to transfer for trial (doc 105), brief in support (doc 106), 5 exhibits, etc..

I am requesting that the 5 exhibits that I included in the aforementioned envelope be appended to the brief in support of Motion to transfer for trial (doc 106). The exhibits are labelled exhibit F, G, H, I, I-1, and were mentioned in (doc 105-2). Gerald Lord

Sent me a copy of the docket sheet that I received on 12-28-2025. There's no indication the exhibits were added into any of the docket entries. In mid-december I called Gerald Lord to see if he could find them on the docket. They are not there based on what I see on the docket sheet. Please append the exhibits to doc 106.

In November I sent 2 briefs in support of 2 different motions (Doc 100 and Doc 104). In Both cases only the front of the brief was scanned the second page of the briefs on the opposite sides were not scanned I sent letters to the Clerk of the Court to have this corrected and the briefs rescanned. I don't know if this has been done. If it has not been updated yet please update doc 100 and doc 104 to include the second pages of their respective briefs

Max Vance