# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-CR-00015 |
| v. | (Chief Judge Brann) |
| MAX VANCE, | |
| Defendant. | |

## ORDER

**JANUARY 9, 2026**

Currently pending before the Court are Max Vance's motions for leave to file a supplemental brief[1] and motion for an extension of time to file a reply brief.[2] Upon consideration of those motions, they will be granted. Accordingly, **IT IS HEREBY ORDERED** that:

1. Vance's motion for leave to file a supplemental brief and motion for an extension of time (Docs. 120, 126) are **GRANTED**; and

2. Vance shall file his supplemental brief and reply brief on or before Friday, January 23, 2026.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Doc. 120.
[2] Doc. 126.