FILED
WILLIAMSPORT
JAN 15 2026
PER ___NR___
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
4:24-CR-00015

Motion For an extension of time to Reply to DOJ's Letter brief in opposition to motion for return of property pursuant to Rule 41(g), Letter brief in opposition to motion to unseal doc 105, 106, related docs, And Brief in opposition to defendant's motion to suppress

This motion respectfully moves this court for an extension of time to file Replies. In support thereof, I aver the following:
On 12-24-2025 the doj filed a letter brief in opposition to my motion for return of property pursuant to Rule 41(g). I am required to reply on or before 1-7-2026. I respectfully request an extension to 2-4-2026. Due to excessive restrictions on my first amendment rights that are making information gathering phases long and difficult I am also requesting an extension to 2-9-2026 for replies to letter brief in opposition to motion to unseal, and brief in

Page 1 of 2

Opposition to Motion to Suppress.

Local Rules in M.d.PA state that incarcerated pro se defendants are not required to seek concurrence.

Max Vance
defendant

Page 2 of 2

Max Vance OS-30734  
Lycoming County Prison  
277 West Third str.  
Williamsport, PA 17701



RECEIVED  
WILLIAMSPORT  
JAN 15 2026  
PER _____  
DEPUTY CLERK

Clerk of the Court  
U.S. District Court  
240 West Third street  
Williamsport, PA 17701