FILED
WILLIAMSPORT
JAN 23 2026
PER ___NR___
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
4:24-CR-00015

Motion for extension of time to Reply to Brief in opposition to motion to transfer for trial and to submit supplemental Brief

I respectfully move this court for an extension of time to file a Reply Brief to opposition Brief to motion to transfer for trial, and Supplemental Brief for motion to transfer for trial.

I am required to file the aforementioned Briefs by 1-23-2026.

Due to extreme and excessive restrictions on my 1st amendment rights, and strained and unavailable resources for investigations and research, I am requesting to extend the due date for submission of my supplemental Brief to 2-4-2026 and my Reply Brief to 2-16-2026.

Local rules in the M.D.PA state that

Page 1 of 2

Incarcerated pro se defendants are exempt from seeking concurrence.

Max Vance
defendant

Page 2 of 2

Inmate Name & Number: Max Vance 05-30796
Lycoming County Prison
277 W Third Street
Williamsport, PA 17701

HARRISBURG PA 171
21 JAN 2026 PM 4 L

Clerk of The Court
U.S. District Court
240 West Third Street
Williamsport, Pa 17701

RECEIVED
WILLIAMSPORT
JAN 23 2026
PER Ne
DEPUTY CLERK

17701-646099

Urgent Confidential Legal Mail
Confidential Legal Mail