# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | No. 4:24-CR-00015 |
|---|---|
| v. | (Chief Judge Brann) |
| MAX VANCE, | |
| Defendant. | |

## ORDER

### JANUARY 28, 2026

Currently pending before the Court are Max Vance's motions for extensions of time to file reply briefs.[1] Upon consideration of those motions, **IT IS HEREBY ORDERED** that Vance's motions for extensions of time (Docs. 132, 133) are **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Docs. 132, 133.