# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## **NOTICE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:24-CR-00015 |
| | : | |
| v. | : | (BRANN, C.J.) |
| | : | |
| MAX VANCE, | : | |
| Defendant | : | (CAMONI, M.J.) |
| | : | |

Type of Case:

( ) Civil  (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | COURTROOM No. 3 |
| Federal Building | 3rd Floor |
| 240 West Third Street | **February 5, 2026** |
| Williamsport, PA 17701 | Time: **11:30 a.m.** |

TYPE OF PROCEEDING:  **Arraignment on Superseding Indictment**

Peter J. Welsh, Clerk of Court
*s/Christine A. Williamson*
Christine A. Williamson, Deputy Clerk

DATED: February 4, 2026

To:  U.S. Attorney's Office – Kyle A. Moreno
Defendant – via standby counsel – Gerald A. Lord
U.S. Marshal
Pretrial / Probation