# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:24-CR-00015 |
| | : | |
| | : | (BRANN, C.J.) |
| v. | : | |
| | : | (CAMONI, M.J.) |
| MAX VANCE, | : | |
| Defendant | : | |

FILED
WILLIAMSPORT
FEB 0 5 2026
PER _CAW_ / DEPUTY CLERK

## PLEA

AND NOW, this 5th day of February 2026, the within named Defendant, hereby enters a plea of _Not Guilty_ to the within Superseding Indictment.

X _[signature]_
(Defendant's Signature)

_[signature]_
(Defense Counsel)

Stand by Counsel