Case Number: 4:24-cr-00015-MWB Document Number: 135 User: JR Printed: 1/29/2026 5:32:41 PM

Max Vance   0530796
SPECIAL MAIL-OPEN ONLY IN PRESENCE OF INMATE
Lycoming County Prison
277 West Third Street
Williamsport, PA 17701

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

RECEIVED
WILLIAMSPORT
FEB 10 2026
PER EA
DEPUTY CLERK

RETURN TO SENDER
___ Not Here
___ Temporarily Released to: _____
___ Other: _____

HARRISBURG PA 171
2 FEB 2026 AM 1 L
5 FEB 2026 AM 1 L

US POSTAGE IMI PITNEY BO
ZIP 18640
02 7H
0006134433   $ 000.7
JAN 30 20

NIXIE   171   FE 1   0002/07/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 17701646099   *2823-01460-05-23