U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case number 4:24-CR-00015

Brief in support of Motion for Leave to file a supplemental Brief in support of Motion to continue jury selection and trial and to extend the time to file pretrial motions and briefs

## Procedural History

On 2-5-2026 I pled not guilty to a superseding indictment.

## Introduction

After I mailed a motion for a continuance and an extension of time there were substantial developments. I will file the supplemental brief along with this brief in support. If Leave is granted to file a supplemental brief the supplemental brief will be ready for review.

Max Vance
Defendant

page 1 of 1