FILED
WILLIAMSPORT

FEB 13 2026

PER EA

DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
| 4:24-CR-00015

Reply Brief in Support of Motion to Suppress
(doc 99)

### Law

"Under the fourth amendment, a search pursuant to
a warrant is limit to the scope of the warrant.
"As to what is to be taken, nothing is left to the
discretion of the officer executing the warrant." '''
(Andresen v. Maryland, 427 U.S. 463, 479, 96 S.Ct. 2737
, (1976))

### Events and Context

In section B1 of the court sealed search
warrants, that were signed by a judge in
the Southern District of California, it clearly states
that federal agents executing the search warrants
are limited to electronic devices and media
that can store the information that was allegedly
stolen. Federal agents seized items that are
outside the scope of what the search

stated can be seized, including bank cards, passport, etc.. I was not under arrest by the fbi. The fbi had no arrest warrant; they were not granted permission by the Search warrant to take my passport.

The execution of the search warrant devolved into an impermissible general search, ~~the~~ ~~one~~ ~~fishing~~ fishing for nothing in particular. Federal agents encouraged a San Diego Sheriffs' Deputy to enter my ~~confiscate~~ home an confiscate my property. The local deputy was not authorized to participate in the search and seizure, and the local deputy also ~~all~~ seized property that was outside the scope of the search warrant.

The execution of the federal search warrant, approved by a federal judge, devolved into a warrantless search by federal and local agents. Property seized by the local deputy is unaccounted for.

Any "evidence" associated with these unlawful searches and seizures should be suppressed. Futhermore, I was not provided with the exhibits that are cited in doc 122. They are inaccessible ~~to me~~ to me. ~~Also~~ So I was unable to check them.

Max Vance
Defendant

Max Vance
Columbia County Prison
721 iron street
Bloomsburg, pa 17815



HARRISBURG PA   171

11 FEB 2026  PM 2  L

CLERK of the Court
U.S. District Court
240 west Third street
Williamsport, PA 17701

RECEIVED
WILLIAMSPORT

FEB 13 2026

PER ___ EA

DEPUTY CLERK

Urgent Legal Mail

17701-643899