# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-CR-00015 |
| v. | (Chief Judge Brann) |
| MAX VANCE, | |
| Defendant. | |

## ORDER

**FEBRUARY 19, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Vance's motion for an extension of time (Doc. 96) is deemed **WITHDRAWN**;

2. Vance's motion to suppress evidence (Doc. 99) is **DENIED**;

3. Vance's motion to return items (Doc. 101) is **DENIED**;

4. Vance's motion to transfer trial (Doc. 105) is **DENIED**;

5. Vance's motion to unseal documents (Doc. 112) is **DENIED**;

6. Vance's motion to require internet access (Doc. 117) is **GRANTED in part**. Vance's facility of confinement is **DIRECTED** to provide Vance with internet access, but only to the extent that, in its judgment, such access is consistent with the facility's rules, as well as the safety and security of that facility;

7. Vance's motion to update the docket (Doc. 127) is **DENIED** as moot; and

8. Vance's motion to file a supplemental brief (Doc. 150) is **GRANTED** and the brief is deemed filed.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge