# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:24-CR-00015 |
| v. | (Chief Judge Brann) |
| MAX VANCE, | |
| Defendant. | |

___

Type of Case:

   ( ) Civil         (X) Criminal
___

(XX) TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | Courtroom #1 |
| Federal Building | Fourth Floor |
| 240 West Third Street | **February 27, 2026** |
| Williamsport, PA 17701 | at **10:00 a.m.** |

TYPE OF PROCEEDING: **Change of Plea**

                 PETER J. WELSH, CLERK

                 *s/ Janel R. Rhinehart, Deputy Clerk*
                 Janel R. Rhinehart, Deputy Clerk

Dated:   February 24, 2026

TO:   Kyle A. Moreno, AUSA
     Gerald A. Lord, Esquire
     U.S. Marshal
     U.S. Probation