FILED
WILLIAMSPORT
FEB 27 2026
PER ___NR___
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
4:24-CR-00015

Motion for Reconsideration of Transfer for Trial pursuant to Rule 21

The memorandum opinion (doc 157) that predicates the denial of my motion to transfer for trial (doc 105) is marked by omissions, mischaracterizations, and misquotations of matters of fact from my brief in support of my motion to transfer for trial (doc 106) and the Reply brief (doc 141). In (doc 157) there are factors and standards that are improperly applied, and done so in a manner that is prejudicial to the defense. A reconsideration and reanalysis is needed to achieve a fair and just judgement.

Max Vance
Defendant

page 1 of 1



Max Vance
Columbia County Prison
-1 Iron street
Bloomsburg, Pa 17815

CLERK of The Court
U.S. District Court
240 west Third street
Williamsport, PA 17701

Urgent Legal Mail