IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-CR-00015 |
| v. | (Chief Judge Brann) |
| MAX VANCE, | |
| Defendant. | |

## MOTION TO WITHDRAW PLEA

NOW, this 27th day of February 2026, the defendant in the above captioned case, in open court, moves the court to be permitted to withdraw his plea of NOT GUILTY and to enter a plea of GUILTY to Count One of the Superseding Indictment, filed on February 3, 2026.

_____
Defendant

_____
Defense Stand-by Counsel

## ORDER

NOW, this 27th day of February 2026, the motion is **GRANTED**.

_____
Matthew W. Brann
Chief United States District Judge

NOW, this 27th day of February 2026, the defendant, Max Vance, in open court enters his plea of **GUILTY** to Count One of the Superseding Indictment.

_____
Defendant

_____
Defense Stand-by Counsel