U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
4:24-CR-00015

Emergency motion for Presentence Release pursuant
to 18 USCS 3143(a)

I am not facing a prison sentence beyond what
I have already served during pretrial detention.
I meet the conditions of release set forth
in 3143(a)(1). Applicable guidelines do not
recommend a term of imprisonment.

FILED
WILLIAMSPORT

MAR 0 4 2026
PER _____ NR _____
DEPUTY CLERK

Max Vance
Defendant

Page 1 of 1

IAN VANCE
Columbia County Prison
721 Iron Street
Bloomsburg, PA 17815

Legal Mail

CLERK of the Court
U.S. District Court
240 west Third street
Williamsport, Pa 17701

RECEIVED
WILLIAMSPORT

MAR 0 4 2026

PER ____NR____
DEPUTY CLERK

★ USA ★ FOREVER ★

Urgent Legal Mail