FILED
WILLIAMSPORT
MAR 04 2026
PER_____
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
4:24-CR-00015

Brief in Support of ^emergency Motion for Presentence Release pursuant to 18 USCS 3143(a)

## Procedural History

I was initially indicted on 1-30-2024, and charged with unauthorized access to a protected computer. I changed my plea in February 2026.

## Introduction

I am not facing a prison sentence beyond what I have already served during pretrial detention. I meet the conditions of release set forth in 3143(a)(1). Applicable guidelines do not recommend a term of imprisonment.

## Law

18 USCS 3143(a) Release or detention pending sentence
(1) Except as provided in paragraph (2), the judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence, other than a person for whom the applicable guideline promulgated pursuant to 28 USC 994 does not recommend a term of imprisonment, be detained, unless the judicial officer finds by clear and convincing

Legal Argument

U.S. Attorneys have recommended that I serve no term of imprisonment beyond what was already served during pretrial detention via an agreement. Furthermore, my pretrial incarceration credit exceeds 28 months and is at the top of the guidelines range for an offense level of 17 and criminal history category of 1. An offense level of 17 and a criminal history category of 1 was put forth by government counsel at the change of plea hearing.

If the 3143 statute requires that I prove I am not a flight risk then my statement of fact is that there are no grounds for me to be a flight risk. The amount of time I've spent in prison meets or exceeds the sentence to be imposed. It would not make any sense for one to go on the run to avoid a sentence that has already been served or if the majority of that sentence has been served. I don't have anything to gain by going on the run, and if I did it would be greatly outweighed by what I have to lose and headaches I could cause for a third party custodian, if one were required.

I am requesting that I be released on my recognizance or to a third party custodian.

Page 2 of 3

per 3142 - My mom supplied an affidavit in February or January of 2025. A 3143(a)(1) presentence release appears to use release conditions from 3142.