U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
4:24-CR-00015

FILED
WILLIAMSPORT
MAR 12 2026
PER N/R
DEPUTY CLERK

Brief in support of Motion to Continue jury selection and trial and to extend the time to file pretrial Motions and Briefs

## Procedural History

I pled not guilty to the original indictment on 3-7-2026. I pled not guilty to the superseding indictment on 2-5-2026.

## Introduction

In the motion that this brief supports I pointed to a lack of expert witness review as grounds for a continuance. A more in-depth expert analysis of information in the discovery is needed to ensure a fair trial, amongst other conditions that must be met for a fair trial. I was not aware of the fact that the 2-5-2026 status conference would be about juror selection questions. I was caught off guard and mentally not ready to create jury selection questions almost on the spot, in the absence of careful

thought and deliberation. It's not uncommon for Americans and people from other countries to have very close friends and close relationships with friends, that are often closer than the relationships they have with family members. Taking this into consideration if there are questions about a potential juror's family members' connection to Geisinger we need to also consider if a potential juror has a friend or friends who are Geisinger patients during jury selection, because these friendships can be extremely close.

I also anticipate bringing on additional legal counsel to review the superseding indictment and discovery.

My intentions are not to unnecessarily extend pretrial. It's simply the reality of being an incarcerated defendant who has very limited access to resources; the pretrial process is often and readily extended. Many attorneys working under the inauspicious and underfunded CJA, and Public Defenders are facing delays and a limited scope of defense. Thus we need additional time to bring the truth into the light.

Max Vance
Defendant

Columbia County Prison
721 Iron Street
Bloomsburg, PA 17815

Legal Mail

CLERK of the Court
U.S. District Court
240 West Third Street
Williamsport, PA 17701

RECEIVED
WILLIAMSPORT
MAR 12 2026
PER NR
DEPUTY CLERK

US POSTAGE PITNEY BOWES
ZIP 17815 02 4W
0000379331 FEB 09 2026
$000.68⁹

Presort
First Class Mail
ComBasPrice