FILED
WILLIAMSPORT

MAR 23 2026

PER___ EA ___
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
4:24-CR-00015

Motion to Deem Emergency motion for pre-
sentence Release (doc 177) unopposed
pursuant to M.D. Pa. LR 7.6

If a brief in opposition to my emergency
motion pursuant to 3143(a)(1) is not
filed by 3-18-2026 ~~is~~ I am requesting
that my motion (doc 177) be deemed
unopposed pursuant to M.D. Pa. LR 7.6.

Max Vance
Defendant

page 1 of 1

Max Vance
721 Iron street
Bloomsberg, pa 17815
Columbia County Prison

Ur Gent Legal Mail

CLERK of The Court
U.S. District Court
240 west Third street
Williamsport, Pa 17701

HARRISBURG PA 171
19 MAR 2026 PM 1 L

RECEIVED
WILLIAMSPORT
PER
MAR 23 2026
EA
DEPUTY CLERK

USA ★ FORE

17701-643699