FILED
WILLIAMSPORT

MAR 23 2026

PER EA

DEPUTY CLERK

U.S. District Court
Middle District of Pensylvania
U.S. v. Max Vance/ Case Number
4:24-CR-00015

Brief in Support of Motion to Deem emergency motion for pre-sentence release (doc 177) unopposed pursuant to M.D. Pa. LR 7.6

## Procedural History

On 3-4-2026 my emergency motion for pre-sentence release was filed. (doc 177)

## Introduction

If a brief in opposition to my emergency motion pursuant to 3143(a)(1) is not filed by 3-18-2026 I am requesting that my motion (doc 177) be deemed unopposed pursuant to M.D. LR 7.6.

## Law

M.D. Pa. LR 7.6
Any party opposing any motion ..., shall file a brief in opposition within 14 days ...

FILED
WILLIAMSPORT

MAR 25 2026

PER

Any party who fails to comply with this rule shall be deemed not to oppose such motion. Nothing in this rule shall be construed to limit the authority of the court to grant any motion before expiration of the prescribed period for filing a brief in opposition.

Max Vance
Defendant