FILED
WILLIAMSPORT

MAR 23 2026
EA
PER _____
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
| 4:24-CR-00015

## Notice of Appeal

I am appealing the denial of my motion to recuse pursuant to 28 USCS 455 (doc 161). My motion (doc 161) is denied in a court order (doc 181); I am appealing the decision.

Max Vance
Defendant
Date 3-17-2026

Page 1 of 1

Max Vance
721 Iron street
Bloomsberg, pa 17815
Columbia County Prison

Urgent Legal Mail

HARRISBURG PA 171

19 MAR 2026 PM 1 L

USA ★ FORE

CLERK of The Court
U.S. District Court
240 west Third street
Williamsport, Pa 17701

RECEIVED
WILLIAMSPORT
PER _____ MAR 23 2026 EA
DEPUTY CLERK

17701-643899