**FILED**
**WILLIAMSPORT**

MAR 2 3 2026

PER ___EA___

DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
| 4:24-CR-0001S

Motion for 30 day extension to file
Notice of appeal for denial of my
motion (doc. 169)

I need an extension to review my options
with professional legal counsel. I
will discuss the feasibility of a potential
appeal with stand-by counsel. I
am requesting an extension of time to
perform this review for decision on (doc 169).
motion via (doc 181).

Max Vance
Defendant
Date 3-17-2026

page 1 of 1



WILLIAMSPORT
FILED