# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

MAX VANCE,

      Defendant.

No. 4:24-CR-00015

(Chief Judge Brann)

## ORDER

### MARCH 25, 2026

Currently pending before the Court is Max Vance's emergency motion for presentence release and motion to deem that motion unopposed by the Government.[1] For the reasons previously expressed by the Court during the February 27, 2026, hearing, Vance's motion for release will be denied. Moreover, because the Government orally expressed its opposition to Vance's motion for release during that hearing, his request to deem that motion unopposed will be denied. Accordingly, **IT IS HEREBY ORDERED** that Vance's motions for pretrial release and to deem that motion unopposed (Docs. 177, 183) are **DENIED**.

        BY THE COURT:

        *s/ Matthew W. Brann*
        Matthew W. Brann
        Chief United States District Judge

---

[1] Docs. 177, 183.