**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-CR-00015 |
| v. | (Chief Judge Brann) |
| MAX VANCE, | |
| Defendant. | |

**ORDER**

**APRIL 2, 2026**

Currently pending before the Court is Max Vance's motion for leave to file supplemental brief in support of his emergency motion for presentence release.[1] For the reasons expressed by the Court in its March 25, 2026 Order, Vance's emergency motion for presentence release was denied.[2] Accordingly, **IT IS HEREBY ORDERED** that Vance's motion for leave to file supplemental brief in support of his emergency motion for presentence release (Doc. 188) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1]    Docs. 188.
[2]    Docs. 187.