U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
4:24-CR-00015

Motion to Expedite the adjudication
of emergency motion for pre-sentence
release (doc 177) and (~~doc 183~~) (doc 183)

I am requesting that the adjudication
of (doc 177) and (doc 183) be expedited.
I am receiving inadequate healthcare
in prison and I would like to receive
proper healthcare after I am released. I
am also being exposed to contaminants and
toxins ~~~~~~ as a Consequence of being
incarcerated. My grandmother is 93
years old and her health is declining. I
would be able to see her with a pre-
sentence release.

FILED
WILLIAMSPORT

APR 03 2026

PER ___NR___
DEPUTY CLERK

Max Vance
Defendant

Page 1 of 1

Max Vance
Columbia County P. Case
721 Iron Street
Bloomsberg, Pa 17815

CLERK of the Court
U.S. District Court
240 west Third street
Williamsport, Pa 17701

HARRISBURG PA 17
1 APR 2026 PM 2 L

USA FOREVER

RECEIVED
WILLIAMSPORT
APR 09, 2026
PER ___ NR
DEPUTY CLERK

17701-643899