FILED
WILLIAMSPORT

APR 03 2026

PER_____NR_____
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
4:24-CR-00015

Brief in support of Motion to Expedite
the adjudication of emergency motion
for pre-sentence release (doc 177)
and (doc 183)

## Procedural History

On 3-04-2026 and 3-23-2026, motion
for pre-sentence release (doc 177) and to
deem (doc 177) unopposed (doc 183) were
filed, respectively.

## Introduction

I am requesting that the adjudication of
(doc 177) and (doc 183) be expedited. I
am receiving inadequate healthcare in prison and
I would like to receive proper healthcare after
I am released, as soon as possible. I am also being
exposed to contaminants and toxins while
incarcerated, this has been proffered in other briefs.
My grandmother is 93 years old and her health
is declining. I would use this pre-sentence

page 1 of 2

to see her.

Max Vance
Defendant

Page 2 of 2