FILED
WILLIAMSPORT

APR 07 2026

PER ___EA___
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
4:24-CR-00015

## Notice of Appeal

I am appealing the denial of my motion for pre-sentence release (doc 177). My motion for pre-sentence release was denied on March 25, 2026.

Max Vance
Defendant

Page 1 of 1

FILED
WILLIAMSPORT

APR 07 2026

PER _____EA_____
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
/ 4:24-CR-00015

Notice of Appeal

I am appealing the denial of my motion
to deem my motion for pre-sentence
release ~~so~~ (doc 177) unopposed (doc 183).
The denial of my motion to deem my motion
for pre-sentence release unopposed was entered
on a court order on 3-25-2026.

Max Vance
Defendant

Page 1 of 1

Max Vance
Columbia County Prison
721 Iron Street
Bloomsburg, Pa 17815

Users Legal Mail

RECEIVED
WILLIAMSPORT
APR 07 2026
PER____ EA
DEPUTY CLERK

HARRISBURG PA   171

2 APR 2026   PM 2  L

★ USA ★ FOREV

CLERK of the Court
U.S. District Court
2 40 west Third street
Williamsport, Pa 17701

17701-646099