FILED
WILLIAMSPORT

APR 07 2026

PER_____EA_____
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
/ 4:24-CR-0001S

Second Emergency motion for Pre-
sentence Release pursuant to 18 U.S.C3
3143(a)

I am not facing a prison sentence beyond
what I have already served during pre-
trial detention. I meet the conditions
for release set forth in 3143(a)(1).
I have no incentive to flee or go on the
run. I am not a danger to the community
or society. I am not likely to flee or
pose a danger to the safety of any other
person or the community if released
under section 3142(b) or (c).
I have no history of violence.
This motion and brief include more
information. The argument made in the
support brief for this motion is more comprehensive.

Max Vance
Defendant

Page 1 of 1

Max Vance
Columbia County Prison
721 Iron Street
Bloomsburg, Pa 17815

RECEIVED
WILLIAMSPORT
APR 07 2026
PER EA DEPUTY CLERK

Users Legal Mail

HARRISBURG PA  171
2 APR 2026  PM2  L
★ USA ★ FOREV

CLERK of the Court
U.S. District Court
240 west Third street
Williamsport, Pa 17701

17701-646099