FILED
WILLIAMSPORT

APR 07 2026

PER____EA____

DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
4:24-CR-00015

Brief in Support of Second Emergency motion
for presentence Release pursuant to 18
U.S.CS 3143(a)

## Procedural History

My first motion for presentence release
was filed on 3-4-2026 (doc 177),
and denied on 3-25-2026. This is
my second motion for presentence release.

## Introduction

I am not facing a prison sentence beyond
what I have already served during pre-
trial detention. I meet the
Conditions for release set forth in
3143(a)(1). I have no incentive to flee
or go on the run. I am not likely to
flee or pose a danger to the safety of
any other person or the community if
released under section 3142(b) or (c).
I have no history of violence.

Page 1 of 4

Page 2 of 4

### Law

18 USCS 3143 (a) Release or detention pending Sentencing (1) Except as provided in paragraph (2) . . . .

### Legal Argument

U.S. Attorneys have recommended that I serve no term of imprisonment beyond what was already served during pre-trial detention via an agreement. Furthermore, any ~~paid~~ incarceration credit exceeds 30 months and is greater than top of the guidelines for an offense level 17 which was proposed by the government at the change of plea hearing. Probation services and the defense have proposed lower offense levels.

I am not a flight risk. I have no incentive to flee. I signed a binding plea agreement, 11c1c, for time served. The proposed offense levels would lead to either a term of no ~~additional~~ additional incarceration or to a very small term of additional incarceration if a sentence were imposed based on guidelines. Thus, I have

Page 2 of 4

page 3 of 4

no incentive to flee. It would not make any logical sense for me to attempt to spend the rest of my life on the run from the fbi and usms. Considering the fact that I agreed to time served and the amount of time I've already spent in prison exceeds what is ~~proper~~ recommended by the proposed offense levels its not clear that I can flee. I certainly have no incentive to do so. Thus, I am not likely to flee. My Criminal History is 0, and I am in the Criminal History Category of 1 with no priors.

I have no history of violence. I will not pose a danger to the safety of any other person or the community or any society.

It's worth mentioning that the Court granted a presentence release to a white convicted pedophile in (U.S. v. Bender). Bender, who is represented by Edward Rymsza, was granted presentence release despite the fact that

Page 3 of 4

page 4 of 4

he was ~~facing~~ over ~~any~~ 10 years in prison, has a much higher offense level than I do, had a major incentive to flee after conviction, and posed a much greater danger to the community and to Children. ~~But~~ The fact that Bender was given a presentence release and I've been denied a presentence release presents an immoral and unethical disparity in outcomes. Bender was sentenced to 9 ^nine years in the BOP on 2-27-2026. He is from Snyder county in Pa.

Max Vance
Defendant

page 4 of 4

Max Vance
Columbia County Prison
721 Iron Street
Bloomsburg, Pa 17815

US Legal Mail

RECEIVED
WILLIAMSPORT

APR 07 2026

PER _____ EA
DEPUTY CLERK

HARRISBURG PA 171

2 APR 2026 · PM 2 L

★ USA ★ FOREV

CLERK of the Court
U.S. District Court
240 west Third street
Williamsport, Pa 17701

17701-646099