FILED
WILLIAMSPORT

APR 07 2026

PER____EH____
DEPUTY CLERK

U.S. District Court
Middle District of Pensylvania
U.S. V. Max Vance / Case Number
4:24-CR-0015

Motion to Expedite the adjudication
of Second emergency motion for
presentence release pursuant to 18
USCS 3143(a)

In this motion I am requesting that
the adjudication of my Second motion
for presentence release be expedited.
I am being provided with inadequate
healthcare by prison staff and officials.
I am being exposed to various toxins, including
neuro-toxins. A presentence release will
allow me to quickly address several
outstanding health issues. My Grand-
mother is 93 years old and in declining
health. A presentence release will allow
me to see her. Please expedite.

Max Vance
Defendant

Page 1 of 1

Max Vance
Columbia County Prison
721 Iron Street
Bloomsburg, Pa 17815

RECEIVED
WILLIAMSPORT

APR 07 2026

PER FH
DEPUTY CLERK

HARRISBURG PA   171

2 APR 2026   PM 2  L

★ USA ★ FOREV

CLERK of the Court
U.S. District Court
240 west Third street
Williamsport, Pa 17701

17701-646099