FILED
WILLIAMSPORT

APR 07 2026

PER_____EA_____
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
/ 4:24-CR-0015

Brief in Support of Motion to Expedite
the adjudication of second emergency
motion for presentence release pursuant
to 18 USCS 3143(a)

## Procedural History

The motion that this brief supports, along
with this brief, were given to prison
officials on 4-1-2026 (April 1st, 2026) to
be mailed to the clerk of the court.

## Introduction

I am requesting that the adjudication
of my second motion for presentence
release be expedited. I am being
provided with inadequate healthcare
by prison staff/officials. I am being
exposed to various toxins, including neuro-
toxins. I briefed about this. A presentence
release will allow me to quickly address
several outstanding health issues.

Page 1 of 2

Page 2 of 2

My Grandmother is 93 years old and in declining health. A presentence release will allow me to see her. Please expedite.

Max Vance
Defendant

Page 2 of 2

Max Vance
Columbia County Prison
721 Iron street
Bloomsburg, Pa 17815

RECEIVED
WILLIAMSPORT
APR 07 2026
PER EA
DEPUTY CLERK

HARRISBURG PA 171

2 APR 2026 PM 2 L

★ USA ★ FOREV

CLERK of the Court
U.S. District Court
240 west Third street
Williamsport, Pa 17701

17701-646099