FILED
WILLIAMSPORT

APR 08 2026

PER  EA
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
4:24-CR-00015

Emergency motion for reconsideration of Emergency motion for presentence release (doc 127)

The decision to deny my Emergency motion for presentence, in the court order (doc 187), should be reversed in light of new evidence and discoveries.

Max Vance
Defendant

Page 1 of 1