FILED
WILLIAMSPORT

APR 08 2026

PER____EA____
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
| 4:24-CR-00015

Motion to Expedite the adjudication
of Emergency motion for reconsideration
of Emergency motion for presentence
release (doc 177)

As a consequence of the fact that
I am receiving inadequate healthcare
while incarcerated, and my physical
condition and health are declining,
I am requesting that ~~this motion to~~
~~stay~~ the adjudication of my motion
for Reconsideration of my emergency
motion for presentence release (doc 177)
be expedited. My Grandmother is
93 years old and in poor health.
I will use this presentence release to see
her as soon as I can.

Max Vance
Defendant

Page 1 of 1