FILED
WILLIAMSPORT

APR 08 2026

PER EA

DEPUTY CLERK

U.S. District Court
Middle District of Pensylvania
U.S. v. Max Vance | Case Number
4:24-CR-00015

Brief in Support of Motion to ~~Expe~~ Expedite
the adjudication of Emergency motion for
reconsideration of Emergency motion for
presentence release (doc 177)

## Procedural History

On 3-4-2026 my first emergency (doc17?)
motion for presentence release was filed
On 3-25-2026 the motion was denied
(doc 197). Motions for reconsideration and
the expeditious adjudication of the
reconsideration of my emergency motion for
presentence release were sent to the
Clerk of the court on 4-6-2026
(April 6th, 2026).

## Introduction

As a consequence of the fact that
I am receiving inadequate healthcare

Page 1 of 2

Page 2 of 2

while incarcerated; and my physical condition and health are declining; I am requesting that the adjudication of my motion for Reconsideration of my emergency motion for presentence release (doc 177) be expedited. My Grandmother is 93 years old and in poor health. I will use this presentence release to see her as soon as I can.

Max Vance
Defendant