

**U.S. Department of Justice**

*Brian D. Miller*
*United States Attorney*
*Middle District of Pennsylvania*

*Website: www.justice.gov/usao/pam/*
*Email: usapam.contact@usdoj.gov*

| | | |
|---|---|---|
| *William J. Nealon Federal Building* | *Sylvia H. Rambo United States* | *Herman T. Schneebeli Federal Building* |
| *235 N. Washington Avenue, Suite 311* | *Courthouse* | *240 West Third Street, Suite 316* |
| *P.O. Box 309* | *1501 N. 6th Street* | *Williamsport, PA 17701-6465* |
| *Scranton, PA 18503-0309* | *Box 202* | *(570) 326-1935* |
| *(570) 348-2800* | *Harrisburg, PA 17102* | *FAX (570) 326-7916* |
| *FAX (570) 348-2037/348-2830* | *(717) 221-4482* | *TTY (570) 326-9843* |
| *TTY (570) 341-2077* | *FAX (717) 221-4493/221-2246* | |
| | *TTY (717) 221-4452* | |

*Please respond to: Scranton*

April 21, 2026

Via ECF

Matthew W. Brann
Chief United States District Judge
Middle District of Pennsylvania

> Re: *United States v. Vance* (4:24-CR-00015) Latest Release
> Motions

Dear Chief Judge Brann:

There are currently pending before Your Honor several motions from the defendant pertaining to his detention pending sentence in this case, including a motion to reconsider a prior order denying release, another motion for release, and motions to expedite the motions. (See Docs. 194, 196, 199, 201). The government writes briefly to state its position on the issue of release.

On April 7, 2026, the defendant filed a notice of appeal regarding the Court's order denying his motion for pre-sentence release. (Doc. 193). The appeals court docketed the case on the same day at Case No. 26-1786. (Doc. 198). Thus, it appears the Court does not have jurisdiction to rule on the issue of release pending sentence while the Court of Appeals reviews its order denying release. *See Venen v. Sweet*, 758 F.2d 117, 120 (3d Cir. 1985) ("As a general rule, the timely filing of a notice of appeal is an event of jurisdictional significance, immediately

conferring jurisdiction on a Court of Appeals and divesting a district court of its control over those aspects of the case involved in the appeal."). Accordingly, while the Court retains jurisdiction in this case to proceed with the pending sentencing (which is now ripe with the recent filing of the final PSR), it appears the issue of the release pending sentence is presently in the hands of the Court of Appeals.

Sincerely,

BRIAN D. MILLER
United States Attorney

By:    /s/ *Kyle A. Moreno*
KYLE A. MORENO
Assistant United States Attorney

cc:    Max Vance (Via First Class Mail)
Gerald A. Lord, Esq. (Via ECF)

2