

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE & FEDERAL BUILDING
240 WEST THIRD STREET - SUITE 401
**WILLIAMSPORT, PA 17701**

**MATTHEW W. BRANN**
**CHIEF JUDGE**

570-323-9772
Judge_Brann@pamd.uscourts.gov

May 4, 2026

Kyle A. Moreno, Esquire
Robin Zenzinger, Esquire
United States Attorney's Office
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Suite 311
Scranton, PA 18503

Gerald A. Lord, Esquire
Federal Public Defender's Office
330 Pine Street
Suite 302
Williamsport, PA 17701

Max Vance
0530796
Columbia County Prison
721 Iron Street
Bloomsburg, PA  17815

Re:   United States of America v. Max Vance
      Case No.  4:24-CR-00015

Dear Counsel and Mr. Vance:

Kindly allow this correspondence to acknowledge to you, the Government, and the Defendant that I will accept the proposed FED. R. CRIM. P. 11 (c)(1)(C) binding plea agreement presented in this case. Pursuant to FED. R. CRIM. P. 11 (c)(4), the agreed disposition will be included in the judgment and I will sentence the Defendant to time-served, as delineated in this binding agreement at the time of sentencing on May 14, 2026.

Please be governed accordingly.

Very truly yours,

Matthew W. Brann
Chief United States District Judge