FILED
WILLIAMSPORT

MAY 08 2026

PER ___EH___

DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case Number
/ 4:24-CR-00015

Motion to Continue Sentencing

I am requesting that Sentencing be continued for
at least 30 days for multiple reasons. The reasons
include: the substantial amount of restitution
that has been requested. I am looking for
counsel to represent me at the sentencing hearing.
Research is being done to address all matters
related to sentencing and I require more time.
There are at least 2 cases open in the
Third circuit court of appeals that directly
affect sentencing.

Max Vance
Defendant

Page 1 of 1

Max Vance
Columbia County Prison
721 Iron street
Bloumsburg, Pa 17815

Urgent Legal Mail

HARRISBURG PA    171

5 MAY 2026   PM 4  L

USA FO

RECEIVE
WILLIAMSPO

MAY 08 2026

PER  EA

DEPUTY CLERK

CLERK of The Court
U.S. District Court
240 west Third street
Williamsport, Pa 17701

17701-646099