FILED
WILLIAMSPORT
MAY 08 2026
PER EA
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance/ Case Number
4:24-CR-00015

Brief in Support of Motion to Continue Sentencing

## Procedural History

Sentencing is currently scheduled for May 14th 2026.

## Factual History

In April 2026 a final PSR was put forth.

## Introduction

I am requesting that Sentencing be continued for at least 30 days for multiple reasons. The reasons include : the substantial amount of restitution that has been requested, and the many items that comprise the restitution request. I am looking for counsel to represent me at the Sentencing hearing. Research is being done to address all matters related to Sentencing. There are at least 2 cases open in the Third circuit Court of appeals that directly affect Sentencing.
Restrictions on, and violations of, my first amendment

Page 1 of 2

Page 2 of 2

rights have negatively impacted my ability to prepare for sentencing, by limiting the scope of my defense and legal research, severely obstructing and slowing communication, etc.

There are many reasons why I require more time and ~~sentencing~~ I am requesting that sentencing be continued for at least 30 days. A continuation of sentencing for at least 30 days serves the interests of justice, and is in the best interests of justice.

Max Vance
Defendant

Page 2 of 2