UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-085-E

No. 26-1786

UNITED STATES OF AMERICA

v.

MAX VANCE,
a/k/a Andre J. Burk,
Appellant

(M.D. Pa. No. 4:24-cr-00015-001)

Present:  SHWARTZ, BOVE and SMITH, *Circuit Judges*

1.      Appellant's Motion for Release;

2.      Appellant's Motion to File Exhibits Under Seal;

3.      Response in Opposition;

4.      Reply to Response;

5.      Letter from Appellant regarding sentencing.

Respectfully,
Clerk/sb

ORDER

The foregoing Motion for Release is DENIED. The Foregoing Motion to File Exhibits Under Seal is GRANTED.

By the Court,

s/D. Brooks Smith
Circuit Judge

A True Copy:

Dated: May 11, 2026
Sb/cc: All Counsel of Record

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate