**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-CR-00015 |
| v. | (Chief Judge Brann) |
| MAX VANCE, | |
| Defendant. | |

**ORDER**

**MAY 14, 2026**

In accordance with the Court's oral ruling during the sentencing hearing conducted on May 14, 2026, **IT IS HEREBY ORDERED** that:

1. Vance's motion for an extension of time to file an appeal (Doc. 186) is **GRANTED**; and

2. Vance's motions to expedite (Docs. 191, 196, 201), second emergency motion for pre-sentence release (Doc. 194), and motion for reconsideration (Doc. 199) are **DENIED** as moot.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge