**Criminal Notice of Appeal**

## NOTICE OF APPEAL

### UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT

MAY 14 2026

PER_____EA_____
DEPUTY CLERK

Caption:

United States of America ___ v.

Max Vance a/k/a Andre J. Burk _____

Docket No.: __4:24-CR-015__

__MATTHEW BRANN__
(District Court Judge)

Notice is hereby given that __MAX VANCE aka ANDRE J. Burk__ appeals to the United States Court of Appeals for the Third Circuit from the judgment |___ other |___ __SENTENCING_____
(specify)

entered in this action on __MAY 14 2026__.
(date)

This appeal concerns: Conviction only |___ Sentence only |___ Conviction & Sentence |✓ Other |___

Defendant found guilty by plea | | trial | (| N/A [ ) .

Offense occurred after November 1, 1987?   Yes | (No [ )   N/A [

Date of sentence: __MAY 14, 2026_____   N/A |___|

Bail/Jail Disposition: Committed |___ Not committed |   N/A | Time Served

Appellant is represented by counsel?   Yes  ( | No | )   If yes, provide the following information:

Defendant's Counsel: _____

Counsel's Address: _____

_____

Counsel's Phone: _____

Assistant U.S. Attorney: _____

AUSA's Address: _____

_____

AUSA's Phone: _____

_____
Signature