FILED
WILLIAMSPORT
JUL 06 2026
PER
NR
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
4:24-CR-0001S

Motion for Judicial Review of Probation
office's Denial of Travel Request
OR, in the alternative, Motion to
allow Max Vance Travel to the
Southern District of California
from Approximately late July to
late August

I respectfully move this Court to
review the U.S. Probation office's
decision to deny ~~my~~ my request
to travel outside the Southern District
of Florida, and to deny my request
to travel outside of the Southern
District of Florida pursuant to an arbitrarily
restrictive, onerous, and oppressive rule
stating that I can not travel outside of
the southern district of Florida for 60
days.

I am serving a term of supervised release
imposed by this Court. I currently
reside in Florida and I am supervised by the
U.S. Probation office in the Southern
District of Florida
                Page 1 of 2

Page 2 of 2

I requested permission to travel outside the Southern District of Florida. The Probation Office denied my request and advised that I could not travel outside the district for a period of 60 days. I respectfully seek judicial review of that determination, and that I be exempt from this arbitrary ban on travel outside of the Southern district of Florida that has been levied upon me for a period of 60 days. I am requesting that the Court order the U.S. Probation Office in the S.D. FL ~~granted~~ grant or deny my requests to ~~travel~~ Travel soley based on an indivrdualized assessment. I am requesting that this Court Grant my travel to ~~the~~ Southern California

Max Vance
Defendant
100 chestnut street
Third floor
Harrisburg, Pa 17101

Max Vance
Federal Public Defender's office
100 chestnut street
Third floor
Harrisburg, pa 17101

CLERK of the Court
U. S. District Court
240 w 3rd street
Williamsport, Pa 17701

RECEIVED
WILLIAMSPORT

JUL 06 2026
NR
PER_____
DEPUTY CLERK