UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

U.S.A.,

v.

Max Vance,

Defendant.

FILED
WILLIAMSPORT

JUL 24 2026

PER_____ NR
        DEPUTY CLERK

Criminal No. 4:24-CR-00015

MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. § 3583(e)(2) and to remove the require that I be subjected to random drug testing by federal probation, and to remove the special condition of supervised release stating that I be subjected to ongoing drug testing beyond the 3 drug tests mandated by the mandatory conditions of supervised release

I am currently being required by the federal probation office in the Southern District of Florida to participate in the code-a-phone random drug testing program. I respectfully move this Court, pursuant to 18 U.S.C. § 3583(e)(2), to modify the conditions of supervised release by eliminating the requirement that I participate in random drug testing.

In support of this Motion, Defendant states as follows:

I am presently serving a term of supervised release.
One of the conditions of supervision requires me to participate in ongoing drug testing as a special condition of supervised release.
I have no history of illegal drug use, substance abuse, or drug addiction.
The Presentence Investigation Report reflects that I present the lowest possible risk of substance abuse and contains no history suggesting a need for ongoing random drug testing.
Compliance with ongoing drug testing, which is implemented in the Southern District of Florida as the code a phone random drug testing program, requires me to devote substantial time to checking the system, rearranging employment and personal obligations, traveling to testing facilities on short notice, and waiting to complete testing.
These burdens interfere with, and negatively impact, my employment prospects, productivity, and reintegration into society while providing no corresponding public safety benefit.
I seek the elimination of a condition that is not related to my history or characteristics.

page 1 of 2

Under 18 U.S.C. § 3583(e)(2), the Court has continuing authority to modify conditions of supervised release after considering the factors set forth in 18 U.S.C. § 3553(a). Per 18 U.S.C. § 3583(d), special conditions of supervised release may involve no greater deprivation of liberty than is reasonably necessary to serve the purposes set forth in 18 U.S.C. § 3553(a)(2)(B)–(D) — which courts have recognized as centered on successful reintegration into society, see United States v. Murray, 692 F.3d 273, [pin cite] (3d Cir. 2012) (citing United States v. Albertson, 645 F.3d 191 (3d Cir. 2011)).

WHEREFORE, I respectfully request that this Court enter an Order removing the random drug testing requirement and the special condition of release requiring ongoing testing of drugs or controlled substances.

Respectfully submitted,

Max Vance
Federal public defender office
100 Chestnut St, Unit 306, Harrisburg, PA 17101

Pro Se

page 2 of 2

Max Vance
100 Chestnut str
Third floor
Harrisburg, Pa 17101

Urgent Legal

CLERK of The Court
U.S. District Court
240 west Third street



RECEIVED
WILLIAMSPORT

JUL 2 4 2026

PER___NR___
DEPUTY CLERK

Legal Mail

**PRIORITY**® **MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

*Retail*

U.S. POSTAGE PAID
PM
FORT LAUDERDALE
FL 33312
JUL 20, 2026

17701

**$12.90**

RDC 03    0 Lb 1.90 Oz    S2324K503065-90

EXPECTED DELIVERY DAY: 07/23/26
USPS TRACKING® #

9505 5155 9242 6201 3809 83

EP14H February 2024 Outer Dimension: 10 x 5